UNITED STATES DISTRICT COURT FOR

THE STATE OF NEW JERSEY

RECEIVED
FEB 2 2 2021
AT 8:30
WILLIAM T. WALSH
CLERK

XAVIER BADILLO                    CASE NO.

V.

FEDERAL BUREAU OF PRISONS          EMERGENCY PRELIMINARY

FAIRTON FCI MEDICAL DEPT.          INJUNCTION PURSUANT TO

ALL MEDICAL STAFF INCLUSIVE, ET AL    FED. R. CIV. P. RULE 65 AND

                                   RESTRAINING ORDERS TO CEASE

                                   AND DESIST

COMES NOW XAVIER BADILLO, PETITIONER PRO-SE AND RESPECTFULLY

REQUESTS FROM THIS HONORABLE COURT FOR AN "EMERGENCY INJUNCTION

PURSUANT TO FED. R. CIV. P. RULE 65 AGAINST THE FEDERAL BUREAU

OF PRISONS FCI FAIRTON MEDICAL DEPT. EMPLOYEES TO CEASE AND

DESIST FROM FURTHER VIOLATIONS OF THE UNITED STATES CONSTITUTION

TO CEASE FROM RECKLESS ENDANGERMENT BY REFUSING TO TREAT

"COVID-19 VIRUS" OF INMATES WHO BECAME ILL "WITH SYMPTOMS"

AND NOT TREATING AND OR PROVIDING ALSO POST COVID 19 SYMPTOMS

AND BEING UNABLE TO PROVIDE CONDITIONS SUITABLE FOR POST-

HOSPITALIZATION CONVALESCENCE AND OR IN GENERAL TO TREAT

COVID 19 SYMPTOMATIC INMATES, AND TO CEASE FROM FURTHER

VIOLATIONS OF THE UNITED STATES CONSTITUTION OF OUR PROTECTIONS

AGAINST CRUEL AND UNUSUAL PUNISHMENTS, VIOLATIONS OF OUR

8TH AND 14TH AMENDMENTS.

This Honorable has jurisdiction in that this is where all parties reside.

FCI Fairton has an unwritten policy thru their medical dept. to hide the facts that they are in the midst of a major covid 19 outbreak. My housing unit, A-Right, over 80 inmates in December became infected with covid 19 and all had symptoms and became very ill. Medical dept. deliberately refused to treat inmates with covid 19 symptoms, several were rushed via ambulance to Asperia Hospital to be treated with upper respiratory breathing problems, several died during this outbreak, but yet alone medical staff at FCI Fairton refuse to treat inmates who are symptomatic and sick. They lock you into a cell and you are told to lie down "You'll get better" but refuse to give any treatment and refuse to check on inmates daily knowing they are sick and some have difficulty breathing. They, medical, send a dentist around, no medical doctor, no P.A., they refuse

TO DO DOOR TO DOOR SICKCALL, WHEN INMATES ARE LOCKED DOWN

IN THEIR CELLS. NOW COME FULL CIRCLE AND INMATES WHO ARE

TRYING TO RECOVER, MEDICAL REFUSES TO TREAT POST COVID 19

ILLNESS, KNOWING FULL WELL THAT THE AFTEREFFECTS ARE/CAN

BE MORE DEADLY, BLOOD CLOTS, LUNG COLLAPSE, PNEMONIA, HEART

ATTACK, STROKE, ETC. BUT YET ALONE REFUSE FOLLOW UP TREATMENT,

INMATES CONTINUE TO BE SICK WITH POST SYMPTOMS OF COVID 19.

INMATES PETITION TO BE RELEASED VIA 3582 (C)(1)(A), AND

ALSO ASK FOR HOME CONFINEMENT AND ARE DENIED. STAFF ALSO

DO NOT USE PROPER PPE, REFUSE TO PUT HAND SANITIZER IN UNITS

AND DO NOT PROVIDE CLEANING SUPPLIES. WE ARE FED BY PICKING

UP FOOD IN MESS HALL FOR TAKEOUT, FOOD IS INADEQUATE, COLD AND

LOW IN NUTRITIONAL CALORIES. STAFF COME AND GO INTERMIXING

WITH OTHER UNITS THUS CROSS CONTAMINATING INMATES. INMATES

ARE ALSO NOT ALLOWED TO PROGRAM, THEY REMAIN IDLE IN THE

UNIT WITH NOTHING TO DO WHICH IS NOT MENTALLY HEALTHY FOR

US. MENTAL HEALTH SERVICES NEVER MAKE UNIT ROUNDS TO

CHECK ON ALL INMATES. INMATES WOULD ASK THAT FCI

FAIRTON CEASE AND DESIST FROM NOT DOING THEIR JOB AND

TREATING INMATES WHO ARE ILL WITH COVID 19. ALSO, TO ALLOW

INMATES HOME CONFINEMENT AND HALFWAY HOUSE PROGRAMMING,

PLUS TRANSFERS TO LOWER CUSTODY. FAIRTON FCI IS IN THE

MIDST OF ANOTHER COVID 19 OUTBREAK. THAT STAFF MEDICAL

DEPT. CEASE AND DESIST AND START TREATING INMATES WITH

COVID 19 SYMPTOMS AND TREATING INMATES MEDICAL NEEDS

IN GENERAL.

    MAY THIS HONORABLE COURT GRANT THIS INJUNCTION

FORTHWITH

               RESPECTFULLY,

DATED: 2.14.21

            XAVIER BADILLO 54847177

            FCI FAIRTON

            P.O. BOX 420

            FAIRTON, NJ 08320

XAVIER BADIL
FEDERAL CORRECTIONAL INSTITUTE FAIRTON
A-RIGHT
P.O. BOX 420
FAIRTON, NJ 08320

SOUTH JERSEY NJ  080

19 FEB 2021  PM 6  L

RECEIVED
FEB 22 2021
AT 8:30
WILLIAM T. WALSH
CLERK
M

TO: UNITED STATES DISTRICT
P.O. BOX 2797
CAMDEN, NJ 08101

LEGAL MAIL

08101-279797